UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CAUSE NO. 3:09-CR-00023(01) RM |
| | ) | |
| SHAWN T. BUCHANAN | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on May 6, 2009. Accordingly, the court ADOPTS those findings and recommendations [docket # 19], ACCEPTS defendant Shawn Buchanan's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

SO ORDERED.

ENTERED:   June 1, 2009

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court